1 | **ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
2 | irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
3 | irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
4 | Santa Clara, CA 95050
Telephone: (408) 295-0137
5 |
6 | Attorneys for WILLIE MANNING,
HENRY MANNING, and ALISHA MANNING, Plaintiffs
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 |
11 |
12 | WILLIE MANNING, HENRY MANNING, and ALISHA MANNING, ) Case No. 4:21-cv-10057-CRB
13 | Plaintiffs, ) **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT**
14 | 24 HOUR FITNESS USA, LLC; MM/PG (BAYFAIR) PROPERTIES LLC; and MADISON MARQUETTE REAL ESTATE SERVICES, INC.,
17 | Defendants.

STIPULATION AND [PROPOSED] ORDER, CASE NO. 21-cv-10057-CRB

Plaintiffs HENRY MANNING, WILLIE MANNING, and ALISHA MANNING (collectively, "Plaintiffs") and Defendants 24 HOUR FITNESS USA, LLC; MM/PG (BAYFAIR) PROPERTIES LLC; and MADISON MARQUETTE REAL ESTATE SERVICES, INC. (collectively, "Defendants") stipulate and respectfully request, through their undersigned counsel, that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties jointly request that the Court retain jurisdiction over their settlement agreement until April 4, 2023 in accordance with General Order No. 56.

Dated: October 19, 2022          ALLACCESS LAW GROUP

By: /s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for Plaintiffs
HENRY MANNING, WILLIE MANNING, and ALISHA MANNING

Dated: October 20, 2022          JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Stuart K. Tubis
Stuart K. Tubis, Esq.
Attorney for Defendants MM/PG (Bayfair) Properties LLC and Madison Marquette Real Estate Services, Inc.

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement until April 4, 2023. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE